## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| **OSCAR ENRIQUE-GALVEZ,** | ) | Case No. 17-cv-07696 |
| | ) | |
| **Plaintiff,** | ) | Honorable Judge Harry D. Leinenweber |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Honorable Jeffrey Cole |
| **ALWAYS UNDERGROUND INC.,** | ) | |
| **DAVID PAULIN, and** | ) | |
| **FELICIA WILSON** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE

To: Glenn R. Gaffney
Gaffney & Gaffney, P.C.
1771 Bloomingdale Road
Glendale Heights, Illinois 60139
E: glenn@gaffneylawpc.com

PLEASE TAKE NOTICE that on **Friday, March 2, 2018,** the undersigned, an attorney, served Defendants' First Set of Requests to Admit to Plaintiff, Defendants' First Set of Interrogatories to Plaintiff, and Defendants' First Set of Requests to Produce to Plaintiff on the above indicated parties.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of Defendants' First Set of Requests to Admit to Plaintiff, Defendants' First Set of Interrogatories to Plaintiff, and Defendants' First Set of Requests to Produce to Plaintiff were served upon the parties indicated above via Electronic Mail, on March 2, 2018.

Respectfully Submitted,

By: /s/ Amit S. Bindra
One of the attorneys for Defendants

The Prinz Law Firm, P.C.
Kristen E. Prinz (kprinz@prinz-lawfirm.com)
Amit Bindra (abindra@prinz-lawfirm.com)
1 East Wacker Street, Suite 550
Chicago, IL 60601
P: (312) 212-4450
F: (312) 284-4822